IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA MACON
DIVISION

| | |
|---|---|
| KIMBERLY BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 5:19-cv-00194-MTT |
| ) | |
| CITY OF WARNER ROBINS, GA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above-styled action is presently before the Court on the Parties' Joint Motion to Stay Discovery. Doc. 25. After careful consideration and for good cause shown, the Motion (Doc. 25) is **GRANTED**. The discovery period is **STAYED** pending the conclusion of Defendant Gary Lee's criminal case. As soon as Defendant Lee's criminal case has concluded, the Parties **SHALL** promptly notify the Court and **SHALL** file a Joint Motion to Reopen Discovery in order to request additional time to complete discovery and conduct depositions.

**SO ORDERED**, this 11th day of February, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT